```
GARY M. RESTAINO
United States Attorney
District of Arizona
ARON KETCHEL
Assistant United States Attorney
Arizona State Bar No. 038421
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: aron.ketchel@usdoj.gov
Attorneys for Plaintiff
```



FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Brooke McDonough, <br> a.k.a. Brooke Taylor <br><br> Defendant. | No. CR-24-00376-PHX-DJH (ASB) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. § 656 <br> (Embezzlement by Bank Employee) <br> Count 1 <br><br> 18 U.S.C. § 1957 <br> (Transactional Money Laundering) <br> Counts 2-7 <br><br> 31 U.S.C. §§ 5324(a)(3), 5324(d)(2) <br> (Structuring) <br> Counts 8-12 <br><br> 18 U.S.C. §§ 981 and 982, <br> 21 U.S.C. § 853, <br> 28 U.S.C. § 2461(c), and <br> 31 U.S.C. § 5317 <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

**Embezzlement by Bank Employee**

**(18 U.S.C. § 656)**

1. Beginning in or about June 2021 and continuing through February 2022, in Mesa, in the District of Arizona, defendant BROOKE MCDONOUGH, also known as

("aka") Brook Taylor, a branch manager of the Wells Fargo Bank branch located at McKellips Road and Stapley Road, did knowingly and intentionally embezzle, abstract, and purloin approximately $655,000 belonging and entrusted to the care of Wells Fargo Bank, an institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud the bank, in violation of Title 18, United States Code, Section 656.

### COUNTS 2-7
### Transactional Money Laundering
### (18 U.S.C. § 1957)

2. The factual allegations above are incorporated for Counts 2 through 7.

3. On or about the dates set forth below, in the District of Arizona and elsewhere, defendant BROOKE MCDONOUGH, aka Brooke Taylor, knowingly engaged and attempted to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000 as described below, such property having been derived from a specified unlawful activity, that is, embezzlement by a bank employee in violation of 18 U.S.C. § 656:

| Count | Date | Description |
|---|---|---|
| 2 | 06/18/21 | $11,635.28 Payment to Avant LLC |
| 3 | 06/22/21 | $11,202.45 Payment to Upgrade Inc. |
| 4 | 06/25/21 | $34,266.29 Payment to Honda, Inc. |
| 5 | 10/29/21 | $11,694.36 Payment to Citibank for Credit Card Account Ending in -XXXX |
| 6 | 09/24/21 | $71,131.40 Payment to Superstition Springs Lexus |
| 7 | 04/04/22 | $37,112.00 Payment to Dr. John J. Corey MD |

# COUNTS 8-12

**Structuring Transactions to Evade Reporting Requirements**

**(31 U.S.C. §§ 5324(a)(3), 5324(d)(2))**

4. The factual allegations above are incorporated for Counts 8 through 12.

5. On or about the dates listed below, in the District of Arizona and elsewhere, the defendant BROOKE MCDONOUGH, aka Brooke Taylor, knowingly structured, assisted in structuring, and caused to be structured, financial transactions with domestic financial institutions, namely, JPMorgan Chase Bank ("Chase") and Wells Fargo Bank ("WF"), for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, and did so while violating another law of the United States, namely, Title 18, United States Code, Section 656, and as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| Count | Deposit Date | Branch Location | Bank Account | Deposit Amount |
|---|---|---|---|---|
| 8. | 06/16/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/16/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/16/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/16/2021 | McKellips Rd., Mesa | Chase Account -2820 | $1,500.00 |
|  | 06/18/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/18/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/18/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 06/18/2021 | Baseline Rd., Mesa | Chase Account -2820 | $4,950.00 |
|  | 06/18/2021 | Baseline Rd., Mesa | Chase Account -2820 | $4,000.00 |
|  | 06/18/2021 | Scottsdale Rd., Mesa | Chase Account -2820 | $1,500.00 |
|  |  | **Total Amount Structured** | | **$41,950.00** |

| Count | Deposit Date | Branch Location | Bank Account | Deposit Amount |
|---|---|---|---|---|
| 9. | 06/23/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,500.00 |
| | 06/23/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,450.00 |
| | 06/23/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,400.00 |
| | 06/23/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,400.00 |
| | 06/23/2021 | Baseline Rd., Mesa | Chase Account -2820 | $4,950.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,500.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,500.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,400.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,300.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $7,300.00 |
| | 06/24/2021 | Baseline Rd., Mesa | Chase Account -2820 | $6,500.00 |
| | 06/25/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 06/25/2021 | Baseline Rd., Mesa | Chase Account -2820 | $4,950.00 |
| | 06/25/2021 | Baseline Rd., Mesa | Chase Account -2820 | $1,200.00 |
| | | **Total Amount Structured** | | **$89,350.00** |

| Count | Deposit Date | Branch Location | Bank Account | Deposit Amount |
|---|---|---|---|---|
| 10. | 07/29/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/29/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/29/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/29/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/29/2021 | McKellips Rd., Mesa | Chase Account -2820 | $10,000.00 |
| | 07/29/2021 | McKellips Rd., Mesa | WF Account -7851 | $5,010.00 |
| | 07/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 07/30/2021 | McKellips Rd., Mesa | WF Account -7851 | $1,903.00 |
| | | **Total Amount Structured** | | **$61,913.00** |

| Count | Deposit Date | Branch Location | Bank Account | Deposit Amount |
|---|---|---|---|---|
| 11. | 08/13/2021 | Scottsdale Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 08/13/2021 | Scottsdale Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 08/13/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 08/13/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 08/13/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
| | 08/13/2021 | Scottsdale Rd., Mesa | Chase Account -2820 | $4,950.00 |
| | | **Total Amount Structured** | | **$29,950.00** |

| Count | Deposit Date | Branch Location | Bank Account | Deposit Amount |
|---|---|---|---|---|
| 12. | 10/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 10/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  | 10/30/2021 | Baseline Rd., Mesa | Chase Account -2820 | $5,000.00 |
|  |  | **Total Amount Structured** |  | **$15,000.00** |

## **FORFEITURE ALLEGATION**

6. The factual allegations above are incorporated for forfeiture. The grand jury further realleges and incorporates the allegations of Counts 1 through 12 of this indictment, which are incorporated by references as though fully set forth herein.

7. Pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317, and upon conviction of one or more of the offenses alleged in Counts 1 through 2 of this Indictment, defendant BROOKE MCDONOUGH, aka Brooke Taylor, shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offense(s), or any property traceable to such property involved in the offense(s), or conspiracy to commit such offense(s), including the following: all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of a statute listed in 18 U.S.C. §§ 981 or 982; all property involved in a violation of 31 U.S.C. § 5324; all other property constituting proceeds obtained as a result of those violations; and all property used in any manner or part to commit or to facilitate the commission of those violations including, but not limited to, the sum of money representing the amount of money involved in the offense(s).

8. If any of the forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence,

    b. has been transferred or sold to, or deposited with, a third party,

  c. has been placed beyond the jurisdiction of the court,

  d. has been substantially diminished in value, or

  e. has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

           A TRUE BILL

           s/
           FOREPERSON OF THE GRAND JURY
           Date: March 5, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

 s/
ARON KETCHEL
Assistant U.S. Attorney